UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BYRON JOEL PATIN BAEZ,<br>    Petitioner,<br><br>v.<br><br>PATRICIA HYDE, *Acting Field Office Director, Immigration and Customs Enforcement, Boston,*<br>PAMELA BONDI, *U.S. Attorney General*,<br>ANTONE MONIZ, *Superintendent, Plymouth County Correctional Facility,*<br>KRISTI L. NOEM, *Secretary of the U.S. Department of Homeland Security*,<br>MICHAEL KROL, HSI *New England Special Agent in Charge,*<br>TODD LYONS, *Acting Director of U.S. Immigration and Customs Enforcement*,<br>U.S. IMMIGRATION AND CUSTOM ENFORCEMENT,<br>U.S. DEPARTMENT OF HOMELAND SECURITY, and<br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br>    Respondents. | CIVIL ACTION NO.<br>25-13140-BEM |

## **FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #11) issued on November 4, 2025, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Barbara I. Beatty*
_____
Deputy Clerk

DATED:  November 5, 2025